**REDACTED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
AUG 16 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case 1:10mj 557 |
| ) | |
| DEONTA MARAY SMITH, ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Beau Bourgeois, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation since September 2003. During my career, I have participated in numerous criminal investigations, including but not limited to, domestic and international terrorism, white collar crime, cyber crime and crimes against children investigations, interstate transportation of stolen property, and violent crime matters to include bank robbery, carjacking, kidnapping, and fugitive matters. Since February 2008, I have been assigned to the Washington Field Office Violent Crimes Task Force. I have previously been the affiant in numerous arrest warrant and search warrant applications that have resulted in the location and arrest of subjects and the recovery of evidence in criminal investigations.

2. This affidavit is made in support of a criminal complaint charging that DEONTA MARAY SMITH, with the intent to cause serious bodily harm, did attempt to and take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from

1

the person and presence of another by force and violence and by intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.

3. The facts and information contained in this affidavit are based upon my personal knowledge, as well as information obtained from federal and state law enforcement officers involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the government.

4. On June 24, 2010, at approximately 9:45 p.m., a victim (hereinafter, "Victim #1") and a friend were having coffee at the Dunkin Donuts located at 10633 Braddock Road, Fairfax, Virginia, within the Eastern District of Virginia. While inside the Dunkin Donuts, Victim #1 noticed a black Honda Civic parked next to Victim #1's vehicle, which was a 2007 BMW M6. A short time later, Victim #1 and the friend walked to Victim #1's BMW and were talking outside the vehicle. They were approached by Subject #1, later identified through law enforcement investigation as Tyrone Collington. Collington produced a handgun, racked the slide on the gun, pointed it at Victim #1, and demanded the keys to Victim #1's BMW.

5. Victim #1 told Collington that the keys were already in the vehicle. At this point, Victim #1's friend fled the scene. Subject #2, who was seated in the Honda Civic during the course of the carjacking and later identified as DEONTA MARAY SMITH, yelled at Victim #1's friend "hey, where the [expletive] are you going, get back here." However, the friend continued to run. Meanwhile, Collington entered and attempted to start the BMW. Unable to successfully engage the vehicle, Collington took Victim #1's cell phone from the vehicle and fled into the waiting black Honda Civic. SMITH and Collington then sped away.

6. Victim #1 stated the gun was a black semi-automatic handgun with a gold line on

2

the gun. Victim #1 described Subject #1, the gunman, as a medium to dark complected black male, 6' to 6'4" in height. This description fits Collington. Victim #1 described Subject #2 as being a black male, 19 to 20 years old, thin, clean-shaven, with mini-dreads that were down below his ears. This description fits SMITH. Collington's hair is cut very short.

7. After Collington and SMITH drove away, Victim #1 borrowed a phone, called 911 to report the carjacking and robbery, then entered his BMW and chased the Honda Civic, which was traveling eastbound on Braddock Road. Virginia State Police Trooper Burns observed the black Honda Civic and BMW traveling at a high rate of speed east on Braddock Road and attempted to pursue both vehicles. Victim #1 stopped on the road and motioned for Trooper Burns to follow the Honda Civic, which continued to flee. However, Trooper Burns lost sight of the Honda Civic as it crossed through oncoming traffic.

8. Fairfax County Police officers recovered the abandoned Honda Civic a short time later on Ashley Manor Drive in Fairfax, Virginia. Ashley Manor Drive is located a short distance from where Trooper Burns last saw the Honda Civic. Law enforcement officers conducted a search of the immediate area for Collington and SMITH, but were unable to locate them.

9. After the Fairfax County Police recovered the Honda Civic, the vehicle was towed to a Fairfax County Police station for processing. During the processing and search of the Honda Civic, officers recovered numerous latent prints belonging to Collington on the interior and exterior of the Honda Civic. In addition, officers recovered multiple latent prints belonging to DEONTA MARAY SMITH on the passenger side of the Honda Civic. Officers recovered a black Nike knapsack, which contained a Maryland Identification Card in the name of Tyrone Collington, in the back seat of the Honda Civic.

10. Police conducted database checks for the Honda Civic and determined it had been stolen during the commission of an armed carjacking in Montgomery County, Maryland, two days earlier on June 22, 2010, involving a single perpetrator fitting Collington's description. On July 1, 2010, police officers arrested Tyrone Collington in Prince George's County, Maryland for the Montgomery County carjacking. In addition, police officers conducted a search warrant on the residence where Collington was arrested and discovered an unregistered handgun hidden in the room that Collington occupied. The handgun was a black semi-automatic .40 caliber Hi Point model JCP S&W with a gold-colored line for a front sight. This handgun is consistent with the description of the gun provided by Victim #1 and the victim in the Montgomery County carjacking.

11. On July 14, 2010, pursuant to a warrant issued by a judge in Fairfax County, Virginia, officers arrested DEONTA MARAY SMITH at his residence in Prince George's County, Maryland. After being advised of and waiving his Miranda rights, SMITH was interviewed by law enforcement officers regarding his involvement in the Fairfax County carjacking on June 24, 2010. ████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████

12. Based on the foregoing, I believe probable cause exists to conclude that DEONTA MARAY SMITH, with the intent to cause serious bodily harm, did attempt to and take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence and by intimidation, in

violation of Title 18, United States Code, Sections 2119 and 2.

_____
Beau Bourgeois
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me this 16th day of August, 2010.


                    /s/
_____
Ivan D. Davis
United States Magistrate Judge